# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

RUDOLPH SHAWN GAGUSKI, :
:
    Plaintiff, :
:
v. : CIVIL ACTION NO.
: 2:11-CV-0151-RWS
MICHAEL PARHAM *et al.*, :
:
    Defendants. :

## **ORDER**

This case is before the Court for consideration of the Report and Recommendation [23] of Magistrate Judge Susan S. Cole. After reviewing the Report and Recommendation, it is received with approval and adopted as the Opinion and Order of this Court. Accordingly, Plaintiff's Motion for Default Judgment [20] is hereby **DENIED**.

**SO ORDERED**, this 6th day of January, 2012.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE