# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | | |
|---|---|---|
| RUDOLPH SHAWN GAGUSKI, | : | PRISONER CIVIL ACTIONS |
|     Plaintiff, | : | 42 U.S.C. § 1983 |
| | : | |
| v. | : | |
| | : | |
| MICHAEL PARHAM, | : | CIVIL ACTION NO. |
| JODI SPEGAL, | : | 2:11-CV-00151-RWS-SSC |
| CLIFF STICHER, | : | |
| | : | |
| v. | : | |
| | : | |
| ANN EVANS, Nurse, | : | CIVIL ACTION NO. |
| MICHAEL MUMUNN, Doctor, | : | 2:11-CV-00306-RWS-SSC |
| GREG NEWNAN, Captain, | : | |
| Fannin County Detention Center, | : | |
|     Defendants. | : | |

## MAGISTRATE JUDGE'S FINAL REPORT AND RECOMMENDATION

On February 9, 2012, in each of the two above-styled cases, the Court granted Plaintiff leave to proceed *in forma pauperis* and reminded him of his obligation to keep the Court informed of his current address at all times. Gaguski v. Parham, 2:11-CV-151, Doc. 31; Gaguski v. Evans, 2:11-CV-306, Doc. 9. On February 29, 2012, the copy of each order that the Clerk had mailed to Plaintiff at his last known address of record was returned as undeliverable. Parham, Doc. 32; Evans, Doc. 10.

"The failure of counsel for a party or of a party appearing *pro se* to keep the clerk's office informed of any change in address and/or telephone number which causes a delay or otherwise adversely affects the management of the case shall

constitute grounds either for dismissal of the action without prejudice or for entry of a default judgment." LR 41.2.C., NDGa. It appears that Plaintiff has failed to comply with this rule.

Accordingly, **IT IS RECOMMENDED** that the above two actions, 2:11-CV-151-RWS-SSC and 2:11-CV-306-RWS-SSC, be **DISMISSED without prejudice** due to Plaintiff's failure to keep the Clerk informed of his current address. See LR 41.2.C., NDGa.

The Clerk is **DIRECTED** to terminate the referral to the Magistrate Judge.

**SO RECOMMENDED and DIRECTED** this 26th day of March, 2012.

*Susan S. Cole*
SUSAN S. COLE
United States Magistrate Judge

AO 72A
(Rev.8/82)