IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| RUDOLPH SHAWN GAGUSKI, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. |
| | : 2:11-CV-0151-RWS |
| MICHAEL PARHAM, *et al.*, | : |
| Defendants. | : |

## ORDER

This case is before the Court for consideration of the Report and Recommendation [33] of Magistrate Judge Susan S. Cole. After reviewing the Report and Recommendation, it is received with approval and adopted as the Opinion and Order of this Court. Accordingly, this action is hereby **DISMISSED**, **WITHOUT PREJUDICE** due to Plaintiff's failure to keep the Clerk informed of his current address. The Clerk shall close the case.

**SO ORDERED**, this 17th day of April, 2012.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)